John HOLLAWELL, Appellant,

v.

Nicholas MULLER, Dahle Bingaman, Michael Webster, Sean Ryan, Allen Castor, John Engle, Gary Lucht, Appellees.

Supreme Court of Pennsylvania.

June 18, 1998.

## ORDER

PER CURIAM:

AND NOW, this 18th day of June, 1998, the order. of the Commonwealth Court is hereby AFFIRMED.

The VINCENTIAN SISTERS OF CHARITY, a Non–Profit Corporation, Petitioner,

v.

ZAMBORANO CONSTRUCTION, Stanley S. Pyzdrowski, an Individual; Stanley S. Pyzdrowski, t/d/b/a A & S Pyzdrowski; A & S Pyzdrowski; Fred Tobias and Bruce H. Laswell, t/d/b/a SRW Associates, Inc.; SRW Associates, Inc., in its own name and as Merged or Consolidat-ed into ICF Tech. Acquisition, Inc., and/or ICF Technology Incorporated and/or ICF Kaiser Engineers Corporation and/or ICF Kaiser Engineers, Inc., and B.F. Marshall, an Individual, Respondents.

Supreme Court of Pennsylvania.

June 18, 1998.

Michael Yablonski, Nicholas P. Cafardi, Pittsburgh, for petitioner.

### ORDER

PER CURIAM.

AND NOW, this 18th day of June, 1998, the Petition for Allowance of Appeal is GRANTED, limited to the second issue raised in the petition. The order of the Superior Court is vacated, and the matter is remanded to the trial court for consideration of Petitioner's claims in light of this Court's recent holdings in *Jacobs v. Halloran,* —— Pa. ——, 710 A.2d 1098 (1998), and *Marino v. Hackman,* —— Pa. ——, 710 A.2d 1108 (1998).

Jurisdiction relinquished.